UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DAMONE DANIEL,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BURBANK, et al.,<br><br>    Defendants. | Case No. 2:18-cv-08078-VAP (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 7). Plaintiff did not file a timely written objection to the report.

    IT IS HEREBY ORDERED that:

    1.    The Report and Recommendation is approved and accepted; and

    2.    Judgment shall be entered dismissing this case without prejudice.

Dated: April 30, 2019

                                                                                 *Virginia A. Phillips*
                                                          VIRGINIA A. PHILLIPS
                                                          Chief United States District Judge