JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DAMONE DANIEL,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF BURBANK, et al.,<br><br>   Defendants. | Case No. 2:18-cv-08078-VAP (JDE)<br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 30, 2019

               /s/ Virginia A. Phillips
               VIRGINIA A. PHILLIPS
               Chief United States District Judge